UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 13, 2013
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

  Plaintiff,

v.

CESAR CARDENAS,

  Defendant.

Case No. 2:13-mj-00373-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  CESAR CARDENAS ,

Case No.  2:13-mj-00373-CKD , from custody for the following reasons:

_____ Release on Personal Recognizance

__X__ Bail Posted in the Sum of $  50,000

                                                50,000,

__X__ Unsecured Appearance Bond $  cosigned by uncle and brother

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__X__ (Other):  Pretrial Services conditions, and third party custody of uncle.

Issued at Sacramento, California on December 13, 2013 at  2:25 pm

By: Carolyn Delaney

Magistrate Judge Carolyn K. Delaney